## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LINDA PIAZZA-SIMONE,

    Plaintiff,

v.                                          No. 2:19-cv-00353-KRS-GJF

CONAIR CORPORATION and DAVID ROEWE,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND

With consent of the parties to adjudicate Plaintiff's unopposed motion to remand, *see* 28 U.S.C. § 636(c); (Doc. 5), the Court determines there is good cause to grant the relief requested.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Unopposed Motion to Remand (Doc. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the Third Judicial District Court for Dona Ana County, New Mexico.

_____
**Honorable Kevin R. Sweazea,**
**United States Magistrate Judge**